# IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

RICHARD AND TINA-MARIE COLLIER, INDIVIDUALLY AND AS HUSBAND AND WIFE,

      Respondents

v.

JEFFREY BALZER PUBLIC ADJUSTERS D/B/A NORTHERN PUBLIC ADJUSTERS AND JEFFREY BALZER,

      Petitioners

: No. 310 WAL 2016
:
:
: Petition for Allowance of Appeal from
: the Order of the Superior Court

RICHARD AND TINA-MARIE COLLIER, INDIVIDUALLY AND AS HUSBAND AND WIFE,

      Respondents

v.

JEFFREY BALZER PUBLIC ADJUSTER D/B/A/ NORTHERN PUBLIC ADJUSTERS AND JEFFREY BALZER,

      Petitioners

: No. 311 WAL 2016
:
:
: Petition for Allowance of Appeal from
: the Order of the Superior Court

## <u>ORDER</u>

**PER CURIAM**

    **AND NOW**, this 21st day of December, 2016, the Petition for Allowance of Appeal is **DENIED**.